FILED
FEB 1 9 1999
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

RECEIVED
FEB 1 9 1999
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Docket No. 4:96CR00278-001 *CDP* |
| | ) |
| BRENT HART | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** having come before the Court, pursuant to the written motion of the United States Attorney for the Eastern District of Missouri and the Court being fully advised in the premises finds:

1. On June 20, 1997, defendant Brent Hart pleaded guilty and was sentenced to a 135-month term of imprisonment for violation of 21 U.S.C. §841(a)(1), Possession With Intent to Distribute In excess of 100 grams of Methamphetamine. Defendant's sentence also included a 5-year term of supervised release.

2. Defendant's projected release date is September 11, 2006, via Good Conduct Time.

3. Defendant is currently incarcerated at the Federal Medical Center, Fort Worth, Texas. Defendant is diagnosed with prostate

cancer with metastasis throughout the body including the spine, hip, shoulder, and lymph nodes.  Life expectancy is less than six months.  He has been admitted to the institution's hospice program for palliative care.

**IT IS THEREFORE ORDERED** that defendant's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that defendant begin serving the 5-year term of supervised release previously imposed.  Said term of supervised release is to commence upon his release from custody of the Federal Bureau of Prisons.

**IT IS FURTHER ORDERED** that defendant shall be released from the custody of the Bureau of Prisons as soon as his medical condition permits.

**DONE AND ORDERED** this 19th day of February 1999.

_____
Catherine D. Perry
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED AND FAXED TO THE FOLLOWING
INDIVIDUALS ON 02/22/99 by gfreeman
    4:96cr278    USA vs Hart

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    3 Certified Copies to USM
                   2 Certified Copies to USP
                   1 Certified Copy to BOP

Eric Butts - 2761                    Fax: 314-621-7448

David Dalton -
DALTON LAW OFFICES
206 S. Kingshighway
St. Charles, MO 63301

 Fed Public Defender -         Fax: 314-421-3177
Carter Law -                   Fax: 314-421-3177
Kenneth Tihen - 6813         Fax: 314-539-7695
JoAnn Trog - 18905           Fax: 314-721-4180

SCANNED & FAXED BY:
FEB 22 1998
C. D. D.