Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**FILED**
DEC 12 2000
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
for the
**Eastern District of Missouri**

UNITED STATES OF AMERICA

v.

Brent Hart

FILED
NOV 13 2000
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Docket No. 4:96CR00278 CDP

On February 22, 1999 the above named began a five year term of supervised release imposed by the Court. He is no longer in need of supervised release because of his death on September 8, 2000. Accordingly, it is recommended that Brent Hart be terminated from supervised release.

Respectfully submitted,

Janet M. Danner
Senior U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be terminated from Supervised Release and that the proceedings in the case be terminated.

Date this 13th day of November, 2000.

Catherine D. Perry
U.S. District Judge

JMD:jmd
i:\jmd\Hart.court order

```
              UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
                          INTERNAL RECORD KEEPING
```

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 12/12/00 by lwilderm
          4:96cr278     USA vs Hart

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

Eric Butts -  2761                  Fax: 314-621-7448

David Dalton -
DALTON LAW OFFICES
206 S. Kingshighway
St. Charles, MO   63301

 Fed Public Defender -              Fax: 314-421-3177
Carter Law -                        Fax: 314-421-3177
Kenneth Tihen -  6813               Fax: 314-539-7695
JoAnn Trog -   18905                Fax: 314-721-4180

SCANNED & FAXED BY:
DEC 1 2 2000
C. L. F.

+USM